UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:18-CV-80186-ROSENBERG/REINHART**

RICHARD MAROUS,

 Plaintiff,

v.

JOBMATCH, LLC
D/B/A APPLICANTPRO,

 Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

Pursuant to Local Rule 16.4 and the Court's Order dated March 14, 2018 [D.E. 7], Plaintiff Richard Marous ("Marous") and Defendant JobMatch, LLC d/b/a ApplicantPro ("ApplicantPro"), by and through their undersigned counsel, hereby notify the Court that they have reached a resolution as to all claims and disputes between them, and move this Court to stay proceedings and deadlines so that they may finalize the terms of the settlement reached between them. Plaintiff Marous intends to file a Notice of Dismissal within 14 days.

**WHEREFORE**, Plaintiff Marous and Defendant ApplicantPro request that the Court accept this Notice of Settlement reached by them. Marous and ApplicantPro also request the Court to stay the proceedings and deadlines so that they may finalize the terms of the settlement reached.

Dated: March 26, 2018.

Respectfully submitted,

| | |
|---|---|
| s/Andrew J. Shamis | s/Martha R. Mora |
| Andrew J. Shamis, Esq. | Martha R. Mora, Esq. |
| Florida Bar No. 101754 | Florida Bar No. 648205 |
| ashamis@sflinjuryattorneys.com | mmora@arhmf.com |
| Shamis & Gentile, P.A. | AVILA RODRIGUEZ HERNANDEZ |
| 14 N.E. 1st Ave, Suite 400 | MENA & FERRI LLP |
| Miami, FL 33132 | 2525 Ponce de Leon Boulevard, Suite 1225 |
| Telephone: (305) 479-2299 | Coral Gables, Florida 33134 |
| Facsimile:  (786) 623-0915 | Telephone: (305) 779-3560 |
| | Facsimile:  (305) 779-3561 |
| *Counsel for Plaintiff Richard Marous* | |
| | *Counsel for Defendant JobMatch, LLC d/b/a ApplicantPro* |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on March 26, 2018, on all counsel or parties of record on the Service List below.

   s/Martha R. Mora
      Martha R. Mora, Esq.

### SERVICE LIST

Andrew J. Shamis, Esq.
Florida Bar No. 101754
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 400
Miami, Florida 33131
Telephone: (305) 479-2299
Facsimile:  (786) 623-0915
ashamis@sflinjuryattorneys.com
*Counsel for Plaintiff*

US2008 14019485 2